**ORDERED.**

Dated:  February 24, 2020

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Hisako Wilsey, ) | CASE NO. 6:20-bk-00116-KSJ |
| ) | CHAPTER 7 |
| Debtor. ) | |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S APPLICATION TO RETAIN PATRICK BUTLER AND BK GLOBAL REAL ESTATE SERVICES TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §327**

THIS CASE came on for consideration without hearing on the Chapter 7 Trustee's Application to Retain Patrick Butler and BK Global Real Estate Services to Procure Consented Public Sale Pursuant to 11 U.S.C. §327 (Doc. No. 15) filed on February 21, 2020.  The Court concludes that Patrick Butler and BK Global Real Estate Services do not hold or represent an interest adverse to the estate and are disinterested persons within the meaning of Section 101(14) of the Bankruptcy Code.  The Court further concludes that Patrick Butler and BK Global Real Estate Services are qualified to represent the Trustee and that the Court's authorization of their employment is in the best interest of the estate.  Accordingly, it is

2

**ORDERED** the Application is granted and the Court approves the retention of Patrick Butler and BK Global Real Estate Services to sell real property located at 34 Oak Avenue, Ormond Beach, FL 32174. All compensation authorized is subject to the provisions of Section 330 of the Bankruptcy Code and any hourly rate is not guaranteed and is subject to review and no payment whatsoever shall be made to the attorney absent application and order.

Trustee, Lori Patton, is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.